# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Makaela Thomas, et al.

                  V.

James Schiller, et al.

CASE NUMBER: 22 CV 3042

ASSIGNED JUDGE: Elaine E. Bucklo

DESIGNATED MAGISTRATE JUDGE: Beth W. Jantz

TO: (Name and address of Defendant)

DANE H. STERNS
c/o Michael Balas, Registered Agent for Capital Fitness, Inc.
100 Illinois St., Suite 201
St. Charles, IL 60174

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Irene K. Dymkar
Law Offices of Irene K. Dymkar
53 W. Jackson, Suite 733
Chicago, IL 60604-3462

an answer to the complaint which is herewith served upon you, __twenty-one (21)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*Amanda Keil*

(By) DEPUTY CLERK



July 5, 2022

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 9/19/2022 |
| NAME OF SERVER *(PRINT)* SHAMOYITA M. DASGUPTA | TITLE ATTORNEY |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SEE ATTACHED AFFIDAVIT OF SERVICE OF SHAMOYITA M. DASGUPTA, WITH EXHIBITS.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/13/2022
               *Date*

*Signature of Server*

53 N. JACKSON, SUITE 733, CHICAGO, IL 60604
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.