## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

MAKAELA THOMAS, TRYMELLE L.    )
JOHNSON, DERRIUS GIPSON, TITUS JUDE,    )
and CASH X. BROWN,    )
   )
          **Plaintiffs,**    )
     **v.**    )
   )
JAMES SCHILLER, JESUS TEJEDA, MARCO    )
SULLO, ERIC OROZCO, SALVATORE    )   **Case No. 22 C 3042**
TROPEA, OSCAR ALVAREZ, JOHN    )
MENOLASCINO, JR., UNKNOWN MELROSE    )   **Judge Elaine E. Bucklo**
PARK POLICE OFFICER, VILLAGE OF    )
MELROSE PARK, ILLINOIS, a Municipal    )   **Magistrate Judge Beth W. Jantz**
Corporation, FRANCESCA M. PETERS,    )
TYLER M. SALDANA, JULIAN A. CATUARA,    )
DANE H. STERNS, TAYLOR SALVI,    )
CAPITAL FITNESS, INC., CAPITAL FITNESS    )
- MELROSE PARK, LLC, CAPITAL FITNESS    )
ILLINOIS, LLC, and MELROSE PARK    )
XSPORT FITNESS,    )
   )
         **Defendants.**    )

## <u>AFFIDAVIT OF SERVICE</u>

I, Shamoyita M. DasGupta, an attorney, affirm under penalties of perjury that:

1)      Dane H. Sterns is a named defendant in the above lawsuit, and is one of the XSport defendants.

2)      Counsel for the XSport defendants were unable to secure a Waiver of Service of Summons for defendant Sterns.

3)      On August 31, 2022, plaintiffs filed their Unopposed Motion for Extension of Time to Serve Defendant Dane H. Sterns and Opposed Motion for Leave to Use Alternative Means of Service to Serve Defendant Dane H. Sterns. Doc. 34.

4) The motion explained in great detail plaintiffs' unsuccessful attempts to serve defendant Sterns with his summons and complaint, with the assistance of both plaintiffs' counsel's private investigator, Lynn Bagley, who determined that defendant Sterns is likely living in Winter Park, Florida, and with the assistance of a local process service company in Florida, Accurate Serve Orlando. Doc. 34.

5) Given the unsuccessful attempts to serve defendant Sterns personally in Illinois and Florida, plaintiffs suggested the following alternative means of service to serve defendant Sterns in their motion:

  a) By mailing a copy of defendant Sterns' summons and complaint via regular mail to his last known address in Illinois, that is, 8450 Center Street, Apt. 1, River Grove, Illinois, 60171 (the Skiptrace report indicates that defendant Sterns may have lived there from January 2022 until July 2022), with delivery confirmation;

  b) By mailing a copy of defendant Sterns' summons and complaint via regular mail to the post office box address in Florida, that is P.O. Box 186, Winter Park, Florida 32790 (the Skiptrace report indicates this P.O. Box has been in use from February 2022 to the present) with delivery confirmation (if obtaining delivery confirmation to a post office box is possible); and

  c) By mailing a copy of defendant Sterns' summons and complaint via regular mail to an address where he may have previously lived in Arizona, that is, 7216 S. 42nd Drive, Phoenix, Arizona 85041 (the Skiptrace report indicates that defendant Sterns may have lived there from December of 2006 to March of 2022), with delivery confirmation.

 Doc. 34.

6) On September 7, 2022, this Court granted plaintiffs' motion. Doc. 37.

7) Based on this Court's September 7, 2022 order, on September 13, 2022, I sent copies of summonses and complaints to defendant Sterns at the three addresses listed in

paragraph 5 via the United States Postal Service. Exhibit A (United States Postal Service Receipt of September 13, 2022).

8)      At 3:11 p.m. on September 14, 2022, a copy of the summons and complaint was delivered to 8450 Center Street, Apt. 1, River Grove, Illinois, 60171. Exhibit B (United States Postal Service Delivery Confirmation for 8450 Center Street, Apt. 1, River Grove, Illinois, 60171).

9)      At 2:06 p.m. on September 15, 2022, a copy of the summons and complaint was delivered to 7216 S. 42nd Drive, Phoenix, Arizona 85041. Exhibit C (United States Postal Service Delivery Confirmation for 7216 S. 42nd Drive, Phoenix, Arizona 85041).

10)    At 7:52 a.m. on September 19, 2022, a copy of the summons and complaint was delivered to P.O. Box 186, Winter Park, Florida 32790. Exhibit D (United States Postal Service Delivery Confirmation for P.O. Box 186, Winter Park, Florida 32790).

11)    As of 7:52 a.m. on September 19, 2022, defendant Dane H. Sterns has been served with the summons and complaint in the instant case.

Dated: October 13, 2022                                    /s/    Shamoyita M. DasGupta
                                                                         Shamoyita M. DasGupta

Plaintiff's Attorneys:

Irene K. Dymkar
Shamoyita M. DasGupta
Attorneys for Plaintiff
Law Offices of Irene K. Dymkar
53 W. Jackson, Suite 733
Chicago, IL 60604
(312) 345-0123