

# UNITED STATES POSTAL SERVICE.

LOOP CLARK STREET
211 S CLARK ST
CHICAGO, IL 60604-9998
(800)275-8777

09/13/2022                          04:09 PM

| Product | Qty | Unit Price | Price |
|---------|-----|------------|-------|



Priority Mail®        1                        $8.70
   River Grove, IL 60171
   Weight: 0 lb 3.50 oz
   Expected Delivery Date
      Wed 09/14/2022
   Tracking #:
     9505 5119 1128 2256 3745 36
   Insurance                      $0.00
     Up to $100.00 included
Total                                 $8.70

Priority Mail®        1                       $10.90
   Phoenix, AZ 85041
   Weight: 0 lb 3.50 oz
   Expected Delivery Date
      Fri 09/16/2022
   Tracking #:
     9505 5119 1128 2256 3745 43
   Insurance                      $0.00
     Up to $100.00 included
Total                                $10.90

Priority Mail®        1                        $9.85
   Winter Park, FL 32790
   Weight: 0 lb 3.40 oz
   Expected Delivery Date
      Fri 09/16/2022
   Tracking #:
     9505 5119 1128 2256 3745 50
   Insurance                      $0.00
     Up to $100.00 included
Total                                 $9.85

Grand Total: $38.45

Credit Card Remit $38.45
    Card Name: VISA
    Account #: XXXXXXXXXXXX7278
    Approval #: 07288C
    Transaction #: 823
    AID: A000000031010    Contactless
    AL: VISA CREDIT
    CHASE VISA

*******************************************
Every household in the U.S. is now
eligible to receive a third set
of 8 free test kits.
Go to www.covidtests.gov
*******************************************

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
https://www.usps.com/help/claims.htm
or call 1-800-222-1811

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



or call 1-800-410-7420.

UFN: 161562-0041
Receipt #: 840-56060003-8-4430949-2
Clerk: 11