# USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** 9505511911282256374536

Your item was delivered in or at the mailbox at 3:11 pm on September 14, 2022 in RIVER GROVE, IL 60171.

**USPS Tracking Plus® Available** ⌄

## ✓ Delivered, In/At Mailbox

September 14, 2022 at 3:11 pm
RIVER GROVE, IL 60171

Feedback

**Get Updates** ⌄

---

**Text & Email Updates** ⌃

Select what types of updates you'd like to receive and how. Send me a notification for:

Text        Email

☐           ☐ All Below Updates

☐           ☐ Expected Delivery Updates ⓘ

☐           ☐ Day of Delivery Updates ⓘ

☐ ☐ Package Delivered ⓘ

☐ ☐ Available for Pickup ⓘ

☐ ☐ Delivery Exception Updates ⓘ

☐ ☐ Package In-Transit Updates ⓘ

**Tracking History** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌃

Feedback

**Postal Product:**
Priority Mail®

**Features:**
Insured
USPS Tracking®

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**