# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 9505511911282256374543

Remove X

Your item was delivered in or at the mailbox at 2:06 pm on September 15, 2022 in PHOENIX, AZ 85041.

USPS Tracking Plus® Available ˅

## ✓ Delivered, In/At Mailbox

September 15, 2022 at 2:06 pm
PHOENIX, AZ 85041

Feedback

Get Updates ˅

| | |
|---|---|
| Text & Email Updates | ˅ |
| Tracking History | ˅ |
| USPS Tracking Plus® | ˅ |
| Product Information | ˅ |

See Less ˄

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback