# USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

# 9505511911282256374550

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item has been delivered and is available at a PO Box at 7:52 am on September 19, 2022 in WINTER PARK, FL 32790.

Feedback

## Delivered

**Delivered, PO Box**

WINTER PARK, FL 32790
September 19, 2022, 7:52 am

See All Tracking History

Text & Email Updates                                                         ⌄

USPS Tracking Plus®                                                          ⌄

Product Information                                                          ⌄

See Less ⌃

Track Another Package

[ Enter tracking or barcode numbers                                          ]

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

Feedback